# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE THE APPLICATION OF THE            :           MISC. NO.
UNITED STATES OF AMERICA FOR            :
AN ORDER COMMANDING FACEBOOK            :           *3:17mJ977 - SALM*
NOT TO NOTIFY ANY PERSON OF THE         :
EXISTENCE OF A SUBPOENA                 :           MAY 18, 2017

*2017 MAY 19 AM 10:15 FILED — U.S. DISTRICT COURT, NEW HAVEN, CT*

Contents:                   Application
                            Order
                            Grand Jury Subpoena

Judicial Officer:           Hon. Sarah A.L. Merriam, United States Magistrate Judge

Assistant U.S. Attorney:    Douglas P. Morabito
                            United States Attorney's Office
                            157 Church Street, 25th Floor
                            New Haven, Connecticut 06510
                            (203) 821 3700 / (203) 773 5376 (fax)
                            Douglas.Morabito@usdoj.gov

Date Sealed: **18 May 2017**

Date Unsealed:

The Clerk of the Court is directed to seal the contents of this envelope until further order

of the Court.

SO ORDERED on this **18th** day of May 2017, in New Haven, Connecticut.

/s/ Sarah A. L. Merriam, USMJ

THE HONORABLE SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
NATIONAL SECURITY AND MAJOR CRIMES UNIT
COUNTERTERRORISM

**DAVID A. HEATH**
PARALEGAL SPECIALIST

157 CHURCH STREET, 25TH FLOOR          TEL:    (203) 821-3752
NEW HAVEN, CT 06510                    FAX:    (203) 773-5376
E-MAIL: david.heath2@usdoj.gov         CELL:   (203) 668-3774