UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER COMMANDING FACEBOOK, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF A SUBPOENA | : : : : : : | MISC. NO. 3:17mj977 (SALM)<br><br>NOVEMBER 14, 2017 |

Contents:         Application
                  Order
                  Grand Jury Subpoena

Judicial Officer:        Hon. Sarah A.L. Merriam, United States Magistrate Judge

Assistant U.S. Attorney:   Douglas P. Morabito
                           United States Attorney's Office
                           157 Church Street, 25th Floor
                           New Haven, Connecticut 06510
                           (203) 821 3700 / (203) 773 5376 (fax)
                           Douglas.Morabito@usdoj.gov

Date Sealed:

Date Unsealed:

May 15, 2018, or until

The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED on this 15th day of November 2017, in New Haven, Connecticut.

United States District Court
District of Connecticut
FILED AT   NEW HAVEN

Roberta D. Tabora, Clerk   20 17
By_____
    Deputy Clerk

/s/ Sarah A. L. Merriam, USMJ
THE HONORABLE SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE